# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRESH KIST PRODUCE, L.L.C.,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**CHOI CORPORATION, INC. d/b/a WASHINGTON WHOLESALE PRODUCE COMPANY** *et al.*,<br><br>    **Defendants.** | Civil Action No. 01-1834 (JMF) |

## ORDER

Pursuant to the accompanying Memorandum Opinion, it is, hereby,

ORDERED that plaintiff's <u>Motion to Disburse PACA Trust Assets in One of Three (3) Alternate Ways and for Reimbursement of Plaintiff's Fees and Costs from the Common Fund</u> [#94] is **GRANTED** in part and **DENIED** in part. It is further, hereby,

**ORDERED** that, within ten days of the date of this Order, Fresh Kist file a praecipe indicating the date or dates upon which final payments were received. At that point, the court will calculate the appropriate pre-judgment interest. Once the amount of pre-judgment interest has been calculated, that amount will be added to the $70,946.40 already in the trust. Then, 20% of that total will be awarded directly to Fresh Kist's attorneys. The remaining 80% will then be distributed on a pro-rata basis to the thirteen companies that filed valid proofs of claim.

    **SO ORDERED.**

_____
JOHN M. FACCIOLA
Date:                                      UNITED STATES MAGISTRATE JUDGE